PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Jun 15, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Isidro Zuriel CRUZ-Vizcarra,<br><br>　　　　　　　　Defendant. | CASE NO. 1:22-mj-00046-BAM<br><br>ORDER TO UNSEAL COMPLAINT |

The Complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

　　　　IT IS HEREBY ORDERED that the case be unsealed and be made public record.

DATED: __Jun 15, 2022__　　　　　　　　　_/s/ Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　----------------------------------------
　　　　　　　　　　　　　　　　　　　　HON. ERICA P. GROSJEAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order to Unseal Complaint　　　　　　　　2