UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISIDRO ZURIEL CRUZ-VIZCARRA,<br><br>Defendant. | No. 1:22-cr-00179 JLT SKO<br><br><br><br>ORDER |

The court released defendant Isidro Zuriel Cruz-Vizcarra from the Southern District of California on a $2,500 cash bond. (See Minutes, ECF No. 13). That court ordered Isidro Zuriel Cruz-Vizcarra to report to this court for further proceedings. (See Transfer Documents, ECF No. 9). On August 17, 2022, this court received an amount identified as the $2,500 cash bond from the transferring district.

The Clerk of Court is ordered to receive these funds into the Court's Registry for defendant Isidro Zuriel Cruz-Vizcarra.

IT IS SO ORDERED.

DATED: 8/18/22

*Sheila K. Oberto*

U.S Magistrate Judge, Sheila K. Oberto.

1