# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISIDRO ZURIEL CRUZ-VIZCARRA,<br><br>　　　　Defendant. | Case No. 1:22-cr-00179-JLT-SKO-1<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY<br><br>**FOURTEEN DAY DEADLINE** |

Defendant Isidro Zuriel Cruz-Vizcarra was released from the Southern District of California on a $2,500 cash bond posted by Maria Cruz. (ECF Nos. 9, 12.) That court ordered Defendant to report to this Court for further proceedings. (Id.) On August 17, 2022, this Court received an amount identified as the $2,500 cash bond from the transferring district. (Id.) On August 18, 2022, the Clerk of Court was ordered to receive these funds into the Court's Registry for Defendant. (Id.)

On February 26, 2024, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement. (ECF Nos. 34, 35.) On June 3, 2024, Defendant was sentenced to a custodial term of 24 months and was ordered to self-surrender. (ECF No. 41.) Defendant has reported to serve his sentence. (ECF No. 42.)

Given Defendant has reported to serve his sentence, the Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the $2,500.00

1  appearance bond should not be released to the surety.  If the Government does not respond to this
2  show cause order in writing, that lack of response will be construed as a non-opposition to an
3  order by the Court directing the Clerk of Court to return the bond to the address of the surety on
4  file.

IT IS SO ORDERED.

Dated:  **July 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2