# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISIDRO ZURIEL CRUZ-VIZCARRA,<br><br>Defendant. | Case No. 1:22-cr-00179-JLT-SKO-1<br><br>ORDERING EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |

Defendant Isidro Zuriel Cruz-Vizcarra was released from the Southern District of California on a $2,500 cash bond posted by Maria Cruz. (ECF Nos. 9, 12.) That court ordered Defendant to report to this Court for further proceedings. (Id.) On August 17, 2022, this Court received an amount identified as the $2,500 cash bond from the transferring district. (Id.) On August 18, 2022, the Clerk of Court was ordered to receive these funds into the Court's Registry for Defendant. (Id.)

On February 26, 2024, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement. (ECF Nos. 34, 35.) On June 3, 2024, Defendant was sentenced to a custodial term of 24 months and was ordered to self-surrender. (ECF No. 41.) Defendant has reported to serve his sentence. (ECF No. 42.)

On July 7, 2025, the Court ordered the Government to show cause in writing why the bond should not be released to the surety. (ECF No. 44.) On July 8, 2025, the Government filed

1 a non-opposition to the return of the bond to the surety. (ECF No. 45.)

2       The Court finds that Defendant has complied with the conditions of his bond and that no
3 conditions remain to be satisfied.

4       Accordingly, IT IS ORDERED THAT the $2,500 cash bond posted by Maria Cruz on
5 behalf of Isidro Zuriel Cruz-Vizcarra is exonerated. The Clerk of Court is DIRECTED to serve a
6 copy of this order on the surety and return the $2,500 cash bond to the address on record.

IT IS SO ORDERED.

Dated: **July 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge